IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES A. TANKSLEY,

    Plaintiff,

v.

JON E. LITSCHER, BRIAN FOSTER,
and WISCONSIN DEPARTMENT OF
CORRECTIONS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-126-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of defendants Jon E. Litscher, Brian Foster and Wisconsin Department of Corrections and dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

8/15/2017
Date