# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES A. TANKSLEY,

    Plaintiff,

v.

JON E. LITSCHER,  
BRIAN FOSTER, and  
WISCONSIN DEPARTMENT OF  
CORRECTIONS,

    Defendants.

Case No.: 15-CV-126-jdp  
District Judge: James D. Peterson  
Magistrate Judge: Stephen L. Crocker

## NOTICE OF APPEAL
Pursuant to Rule 3 & 4(c), Fed.R.App.P.

NOTICE IS hereby given that the *pro se* plaintiff, James a. Tanksley, in the above captioned case, hereby appeals to the United states Court of Appeals for the Seventh Circuit from the final judgment granting defendants Summary Judgment in this action on the 15th day of August, 2017.

Dated this ___8___ day of __September__ 2017.

Respectfully submitted,

_____  
JAMES A. TANKSLEY, *Plaintiff*  
Inmate No.: 338469  
Waupun Correctional Institution  
Post Office Box 351  
Waupun, WI 53963-0351

1